1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7                                     AT SEATTLE

8  UNITED STATES OF AMERICA

9                          Plaintiff,                Case No. CR12-61-RAJ

10        v.                                         **DETENTION ORDER**

11  WINSTON G. BONTRAGER,

12                          Defendant.

13  Offenses charged:

14        Conspiracy,
          Evasion of Payment of Income Tax,
15        False Income Tax Return,
          Income Tax Evasion,
16        False Income Tax, and
          False Statement.
17
    Date of Detention Hearing:  July 3, 2012.
18
          The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),
19
    and based upon the factual findings and statement of reasons for detention hereafter set forth,
20
    finds that no condition or combination of conditions which the defendant can meet will
21
    reasonably assure the appearance of the defendant as required and the safety of any other person
22
    and the community.
23



    DETENTION ORDER - 1

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant was released on conditions. On June 22, 2012, the U.S. Probation and Pretrial Office filed a violation report alleging defendant violated his conditions of release by failing to provide information regarding income sources and having contact with co-defendant Pauline Anderson. Defendant admitted the violations and stipulated that his appearance bond should be revoked and that he should be detained pending the outcome of this matter.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of July, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2